# UNITED STATES DISTRICT COURT
for the

District of Delaware

Civil Division

| | |
|---|---|
| Rrichard and Yael Sinrod | Case No. 20-1624 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ☒ No |
| -v- | |
| Albertson Compnies /Inc. and Ad Acquisition, LLC. | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Richard T. Sinrod    Yael Sinrod |
   | Street Address | Both reside at 250 Silky Dogwood Lane, |
   | City and County | Middletown, New Castle County |
   | State and Zip Code | De 19709 |
   | Telephone Number | 302-378-2489 |
   | E-mail Address | alyman4192@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1
- Name: Albertson Companies, Inc.
- Job or Title (if known):
- Street Address: 250 East Parkconter Blvd.O
- City and County: Boise, County of
- State and Zip Code: Idaho 83796
- Telephone Number: 866-2583217   208-395-6200
- E-mail Address (if known): www.latitimes.com

Defendant No. 2
- Name: Ab Acquisition,LLC.
- Job or Title (if known):
- Street Address: 250 E. Parkcenter Blvd
- City and County: Boise, Boise County
- State and Zip Code: Boise. 83706
- Telephone Number: 877-276-9637
- E-mail Address (if known): www.albertsons.com

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, (name) Richard T. Sinrod and Yael Sinrod, is a citizen of the State of (name) Delaware.

2. If the plaintiff is a corporation

    The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____,

    and has its principal place of business in the State of (name) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation

    The defendant, (name) Albertson, Inc, is incorporated under the laws of the State of (name) Delaware, and has its principal place of business in the State of (name) Idaho.

    Or is incorporated under the laws of (foreign nation) _____,

    and has its principal place of business in (name) Phoenix, Arizona.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

RICHARD T. and YAEL SINRED

Def #2:

    Ab Aquistion, LLC
    220 E PARK CHESTER BLVD
    BOISE, COUNTY OF BOISE
    IDAHO, 83706
    877-276-9367
    WWW. ALBERTSON.COM

Plaintiff Richard T. Sinrod sustined personal injuries in the sum of $3,000,000.00 Plaintiff Yael Sinrod, lwfully wedded wife of Plaintiff Richard Sinrod has a Derivarive Cause of action and is entitled to damages of $1,000,000.00

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 11/01/2020 , at *(place)* 460 East Main Street, Middletown, De. 19709 ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Defendant Albertson Company, Inc. owner of the Acme Supermarket and the Defendat Ab Acquisition, LLC, owner of the premises, caused and/ot permitted the parking lot at the premises to become and remain in a state of dierepair, causing the Plaintiff Richard T. Sinrod to trip and fall, sustaining serious, severe personal injuries.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
See above.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

hPlaintiff Richard T. Sinrod sustained personal injuries to multiple parts of thr body and also sustauned psychological injurues forth and monies spent to medical and hospital care and is entitled to money damages. The Plaintiff Yael Sinrod is entitled to money damages on her derivative Cause of Action. they are also entitled to punitive damages due to Defendanrs knowledge of the state of disrepair of thr parking lot for an exended period of time and did not repair the parking lot which could and should have been repaired at a nminimal espense. By reason thereof, both Plaintiffs are also entitled to punitivr damages of $10,000,000.00

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

### V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.  For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/27/2020

Signature of Plaintiff

Printed Name of Plaintiff     Richard T. Sinrod        Yael Sinrod

**B.  For Attorneys**

Date of signing: ~~1/26/2021~~ 11/29/2020     11/29/2020

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address